UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM  DIVISION

In re:
Brennon Lee Hayes,

Soc. Sec. Nos. Xxx-xx-4338
Mailing Address: 105 Drake Village Drive, Goldsboro, NC
27530

Debtor.

Case No.: 26-80032

Chapter 13

### AFFIDAVIT REGARDING SERVICE OF  PLAN

I, Angel West, certify that on 4/13/26, a copy of the  **chapter 13 Plan** was served on each of the
following creditors by **regular, first class United States mail**,, postage fully pre-paid, upon the
following creditors::

All other creditors listed on the attached mailing matrix. (updated to include the mailing address
listed on any and every proof of claim already filed in this case)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: April 13, 2026

/s Angel West

Angel West

CertificateOfServiceAmended.wpt (rev. 1/13/20)

Label Matrix for local noticing
0418-1
Case 26-80032
Middle District of North Carolina
Durham
Mon Apr 13 13:54:23 EDT 2026

Ally Bank c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Durham
101 S. Edgeworth St.
Greensboro, NC 27401-6024

Ally Bank
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Financial (DMV)
Post Office Box 8132
Cockeysville, MD 21030-8132

Ally Financial **
Attn: Officer
Post Office Box 380901
Minneapolis, MN 55438-0901

(p)BOUNCE AI  INC
3349 MONROE AVE #331
PITTSFORD NY 14618-5513

Bull City Financial Solutions**
2609 North Duke Street
Suite 500
Durham, NC 27704-0015

Capital One Bank**
Bankruptcy Department
Post Office Box 30285
Salt Lake City, UT 84130-0285

Coastal Federal Credit Union *NCDMV
Post Office Box 660010
Sacramento, CA 95866-0010

(p)COASTAL FEDERAL CREDIT UNION
ATTN LOSS MITIGATION/BANKRUPTCY
1000 ST ALBANS DR
RALEIGH NC 27609-7488

Department of Education/ Aidvant
1891 Metro Center Drive
Reston, VA 20190-5287

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

(p)EQUIFAX  INC
1550 Peachtree Street NE
Atlanta, GA 30309

Experian
P.O. Box 2002
Allen, TX 75013-2002

FB&T/Mercury
PO Box 84064
Columbus, GA 31908-4064

(p)US DEPARTMENT OF HOUSING AND URBAN DEVELOP
ATTN ROBERT ZAYAC
40 MARIETTA ST SUITE 300
ATLANTA GA 30303-2812

Internal Revenue Service (ED)**
Post Office Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service (MD)**
PO Box 7346
Philadelphia, PA 19101-7346

Jefferson Capital LLC
200 14th Ave E
Sartell, MN 56377-4500

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Kayla Crisp
6944 Tenny Road
Sims, NC 27880-9520

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding/Resurgent Capital
Post Office Box 1269
Greenville, SC 29602-1269

Little & Young, Inc.**
Attn: Officer
Post Office Box 87209
Fayetteville, NC 28304-7209

Loancare Servicing
PO Box 8068
Virginia Beach, VA 23450-8068

Loancare Servicing Corporation
ATTN: Officer
3637 Sentara Way
Virginia Beach, VA 23452-4262

Mercury Card Services
Post Office Box 70168
Philadelphia, PA 19176-0168

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

| Neighbors & Associates, Inc.<br>PO BOX 655<br>Benson, NC 27504-0655 | North Carolina Dept. of Revenue**<br>Post Office Box 1168<br>Raleigh, NC 27602-1168 | Synchrony Bank<br>Post Office Box 71783<br>Philadelphia, PA 19176-1783 |
|---|---|---|
| Synchrony Bank/Car Care<br>Post Office Box 71783<br>Philadelphia, PA 19176-1783 | Synchrony Bank/Care Credit<br>Post Office Box 71783<br>Philadelphia, PA 19176-1783 | Synchrony Bank/HH Greg<br>Post Office Box 71783<br>Philadelphia, PA 19176-1783 |
| TBOM-Retail<br>PO BOX 4499<br>Beaverton, OR 97076-4499 | Tenaglia & Hunt, P.A.<br>1000 Park Forty Plaza Drive<br>Suite 360<br>Durham, NC 27713-2291 | Trans Union Corporation<br>P.O. Box 2000<br>Crum Lynne, PA 19022-2000 |
| U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530-0001 | UNC Healthcare<br>Post Office Box 603158<br>Charlotte, NC 28260-3158 | US Attorney's Office  (MD)**<br>101 S. Edgeworth Street, 4th floor<br>Greensboro, NC 27401-6045 |
| US Attorney's Office (ED)**<br>150 Fayetteville Street<br>Suite 2100<br>Raleigh, NC 27601-2959 | US Department of Education***<br>400 Maryland Avenue, SW<br>Washington, DC 20202-0001 | (p)UPGRADE  INC<br>2 N CENTRAL AVE<br>10TH FLOOR<br>PHOENIX AZ 85004-4422 |
| (p)UPLIFT  INC<br>2 N CENTRAL AVE FL 10<br>PHOENIX AZ 85004-4422 | Wayne County Tax Collector<br>Attn: Officer<br>224 East Walnut Street<br>Goldsboro, NC 27530-4850 | Anita Jo Kinlaw Troxler<br>Greensboro Chapter 13 Office<br>500 W. Friendly Ave.<br>P.O. Box 1720<br>Greensboro, NC 27402-1720 |
| Brennon Lee Hayes<br>105 Drake Village Drive<br>Goldsboro, NC 27530-8549 | Edward C. Boltz<br>Suite D<br>1738 Hillandale Rd.<br>Durham, NC 27705-3046 | John Paul Hughes Cournoyer<br>U.S. Bankruptcy Administrator<br>101 South Edgeworth Street<br>Greensboro, NC 27401-6026 |
| Koury Lee Hicks<br>The Law Offices of John T. Orcutt<br>Suite D<br>1738 Hillandale Rd.<br>Durham, NC 27705-3097 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Bounce AI, Inc.<br>3349 Monroe Ave.<br>#331<br>Pittsford, NY 14618 | Coastal Federal Credit Union***<br>Attn: Officer<br>Post Office Box 58429<br>Raleigh, NC 27658 | Equifax Information Systems LLC<br>P.O. Box 740241<br>Atlanta, GA 30374-0241 |
|---|---|---|

Federal Housing Authority**
Department of HUD
1500-401 Pine Croft Road
Greensboro, NC 27407

(d)Housing and Urban Development
451 Seventh Street, SW
Washington, DC 20410

Jefferson Capital Systems, LLC
PO Box 7999
St. Cloud, MN 56302-9617

(d)U.S. Department of Housing and Urban Devel
77 Forsyth Street SW
Atlanta, GA 30303

Upgrade, Inc
2 N. Central Ave.
10th Floor
Phoenix, AZ 85004

Uplift, Inc.
440 N Wolfe Road
Sunnyvale, CA 94085

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Lakeview Loan Servicing, LLC

End of Label Matrix
Mailable recipients    51
Bypassed recipients     1
Total                  52